# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

U.S.A. vs. Jacqueline Maria Alexander　　　　　　　　　　　　Docket No. 5:07-CR-337-1D

### Petition for Action on Supervised Release

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacqueline Maria Alexander, who, upon an earlier plea of guilty to 18 U.S.C. §656, Bank Embezzlement, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on April 14, 2008, to the custody of the Bureau of Prisons for a term of 1 day. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall abide by all conditions and terms of the home detention program for a period of 6 months. The defendant shall be restricted to her residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, medical or substance abuse treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation office. The defendant shall pay the cost of the electronic monitoring device.

2. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

3. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

4. The defendant shall submit to financial or consumer credit counseling as directed by the probation office.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Jacqueline Maria Alexander was released from custody on April 14, 2008, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** While under supervision, the defendant has been charged in Hoke County and Cumberland County with Driving While License Revoked and Drive/Allow Motor Vehicle with No Registration. The charges were reported to the court and it was recommended that we await the disposition in state court. All charges have been voluntarily dismissed. The defendant was convicted of Failing to Wear a Seat Belt and was ordered to pay court costs. Additionally, the defendant owes $1184.76 to Wayside Furniture for a rent to own purchase. The defendant has made arrangements with the furniture company to make monthly payments until the financial obligation is fulfilled. The defendant has an arrearage of $200.00 towards her financial obligation to the court. Currently she is ordered to pay $100.00 a month, and it is requested that her monthly restitution payment be reduced to $30.00 a month based on her unemployment status and her arrearage towards rent and utilities. The defendant has been unemployed for several months. To assist her in her efforts to find employment, we recommend that her supervision be modified by adding the conditions listed below. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jacqueline Maria Alexander
Docket No. 5:07-CR-337-1D
Petition For Action
Page 2

       **PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a vocational training program as directed by the probation office.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

3. The defendant shall participate in an educational services program as directed by the probation officer. Such program may include GED preparation, English as a Second Language classes, and other classes designed to improve the defendant's proficiency in skills such as reading, writing, mathematics, or computer use.

4. That the defendant's monthly restitution payment amount be decreased to $30.00.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Mindy L. Threlkeld<br>Mindy L. Threlkeld<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: August 16, 2010 |

## ORDER OF COURT

Considered and ordered this  18  day of  August , 2010, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge